B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Elizondo, Philip W** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Elizondo, Denise M** |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5783** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7928** |
| Street Address of Debtor (No. and Street, City, and State):<br>**911 Lilac<br>Naperville, IL**<br><div align="right">ZIP Code</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2300 Wolf Rd<br>Oswego, IL**<br><div align="right">ZIP Code<br>60543</div> |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**Kendall** |
| Mailing Address of Debtor (if different from street address):<br>**2300 Wolf Road<br>Oswego, IL**<br><div align="right">ZIP Code<br>60543</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

<table>
<tr>
<th colspan="1">Type of Debtor<br>(Form of Organization)<br>(Check one box)</th>
<th colspan="1">Nature of Business<br>(Check one box)</th>
<th colspan="2">Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)</th>
</tr>
<tr>
<td>■ Individual (includes Joint Debtors)<br><i>See Exhibit D on page 2 of this form.</i><br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)</td>
<td>□ Health Care Business<br>□ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>■ Other</td>
<td>□ Chapter 7<br>□ Chapter 9<br>■ Chapter 11<br>□ Chapter 12<br>□ Chapter 13</td>
<td>□ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>□ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding</td>
</tr>
<tr>
<td></td>
<td><b>Tax-Exempt Entity</b><br>(Check box, if applicable)<br>□ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code).</td>
<td colspan="2"><b>Nature of Debts</b><br>(Check one box)<br>□ Debts are primarily consumer debts,   ■ Debts are primarily<br>   defined in 11 U.S.C. § 101(8) as    business debts.<br>   "incurred by an individual primarily for<br>   a personal, family, or household purpose."</td>
</tr>
</table>

<table>
<tr>
<th>Filing Fee (Check one box)</th>
<th colspan="1">Chapter 11 Debtors</th>
</tr>
<tr>
<td>■ Full Filing Fee attached<br><br>□ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B.</td>
<td>Check one box:<br>□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>_____<br>Check all applicable boxes:<br>□ A plan is being filed with this petition.<br>□ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b).</td>
</tr>
</table>

| Statistical/Administrative Information    *** Paul M. Bach 06209530 *** | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>□ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| □ | ■ | □ | □ | □ | □ | □ | □ | □ | □ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| □ | □ | □ | ■ | □ | □ | □ | □ | □ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| □ | □ | □ | □ | □ | ■ | □ | □ | □ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Elizondo, Philip W**<br>**Elizondo, Denise M** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**Lincoln Square Group, LLC** | Case Number:<br>**10-21466** | Date Filed:<br>**5/11/10** |
|---|---|---|
| District:<br>**Northern District of Illinois** | Relationship:<br>**Denise Elizondo is sole member** | Judge:<br>**Black** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
    (Name of landlord that obtained judgment)

_____
    (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Elizondo, Philip W**<br>**Elizondo, Denise M** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Philip W Elizondo**
Signature of Debtor  **Philip W Elizondo**

X  **/s/ Denise M Elizondo**
Signature of Joint Debtor **Denise M Elizondo**

Telephone Number (If not represented by attorney)

**August 30, 2010**
Date

### Signature of Attorney*

X  **/s/ Paul M. Bach**
Signature of Attorney for Debtor(s)

**Paul M. Bach 06209530**
Printed Name of Attorney for Debtor(s)

**Bach Law Offices**
Firm Name

**P.O. Box 1285**
**Northbrook, IL 60065**
Address

              **Email: paul@bachoffices.com**
**(847) 564-0808  Fax: (847) 564-0985**
Telephone Number

**August 30, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Philip W Elizondo**
**Denise M Elizondo**
_____
Debtor(s)

Case No. _____
Chapter    **11**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                      Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Philip W Elizondo**
_____
                        **Philip W Elizondo**

Date:    **August 30, 2010**
_____

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Philip W Elizondo**
**Denise M Elizondo**
_____
Debtor(s)

Case No. _____
Chapter **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　　　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

　　　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　　　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:　**/s/ Denise M Elizondo**
　　　　　　　　　　　　**Denise M Elizondo**
Date:　**August 30, 2010**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Philip W Elizondo**
**Denise M Elizondo**
                                             Debtor(s)        Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Iberia Bank/Pulaski Bank**<br>**P.O. Box 7299**<br>**Little Rock, AR 72217** | **Iberia Bank/Pulaski Bank**<br>**P.O. Box 7299**<br>**Little Rock, AR 72217** | **Personal Guarantee for Lincoln Square Group, LLC related to four properties in Tennessee and** | | **4,300,000.00** |
| **West Suburban Bank**<br>**711 S. Meyers Rd**<br>**Lombard, IL 60148** | **West Suburban Bank**<br>**711 S. Meyers Rd**<br>**Lombard, IL 60148** | **Personal Guarantee of Stonehill Properties, LLC** | **Disputed**<br>**Subject to Setoff** | **1,675,000.00** |
| **Ridgestone Bank**<br>**10 N. Martingdale Road**<br>**Schaumburg, IL 60173** | **Ridgestone Bank**<br>**10 N. Martingdale Road**<br>**Schaumburg, IL 60173** | **Personal Guarantee of Fitness Premier Management, LLC** | **Unliquidated**<br>**Disputed**<br>**Subject to Setoff** | **1,600,000.00** |
| **Midwest Bank/First Merit**<br>**501 W. North Avenue Avenue**<br>**Melrose Park, IL 60160** | **Midwest Bank/First Merit**<br>**501 W. North Avenue Avenue**<br>**Melrose Park, IL 60160** | **Personal Guarantee for Lincoln Square Group, LLC for property in Algonquin, Illinois** | **Disputed**<br>**Subject to Setoff** | **615,000.00** |
| **West Suburban Bank**<br>**2830 Route 34☐**<br>**Oswego, IL 60543** | **West Suburban Bank**<br>**2830 Route 34☐**<br>**Oswego, IL 60543** | **4531-4591 Rt. 71, Oswego, Illinois (Debtors are the beneficiarys of West Suburban Bank Trust #12277 in which title is held) Pursuant to In Re Gladsto** | | **459,000.00**<br>**(3,200,000.00 secured)**<br>**(3,031,018.33 senior lien)** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Philip W Elizondo**
        **Denise M Elizondo**            Case No.                                    
                                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Komatsu Financial**<br>**P.O. Box 99303**<br>**Chicago, IL 60693-9303** | **Komatsu Financial**<br>**P.O. Box 99303**<br>**Chicago, IL 60693-9303** | **Personal Guarantee for Larson Excavating & Underground, Inc. for Komatsu PC300LC-7 Excavator S/N A88679** | **Disputed Subject to Setoff** | **175,530.06** |
| **Bank of America**<br>**Attn: Bankruptcy**<br>**NC4-105-02-99**<br>**PO Box 26012**<br>**Greensboro, NC 27410** | **Bank of America**<br>**Attn: Bankruptcy NC4-105-02-99**<br>**PO Box 26012**<br>**Greensboro, NC 27410** | **2300 Wolf Rd, Oswego, IL 60543** | **Disputed** | **99,945.00**<br>**(260,000.00 secured)**<br>**(317,508.20 senior lien)** |
| **Bank of America**<br>**Attn: Bankruptcy**<br>**NC4-105-02-99**<br>**PO Box 26012**<br>**Greensboro, NC 27410** | **Bank of America**<br>**Attn: Bankruptcy NC4-105-02-99**<br>**PO Box 26012**<br>**Greensboro, NC 27410** | **8404 Borboni Ct., Naples, FL** | **Disputed** | **279,997.90**<br><br>**(199,000.00 secured)** |
| **We 4 Custom Cleaners, LLC**<br>**PO Box 700**<br>**Oswego, IL 60543** | **We 4 Custom Cleaners, LLC**<br>**PO Box 700**<br>**Oswego, IL 60543** | | | **63,444.00** |
| **Patrick Walsh**<br>**15 Spinning Wheel Road**<br>**Suite 417**<br>**Hinsdale, IL 60521** | **Patrick Walsh**<br>**15 Spinning Wheel Road**<br>**Suite 417**<br>**Hinsdale, IL 60521** | **Personal Guarantee of Lincoln Square Group, LLC** | **Disputed** | **60,000.00** |
| **Dependable Plumbing, Inc.**<br>**10110 Clow Creek Drive**<br>**Unit C**<br>**Plainfield, IL 60585** | **Dependable Plumbing, Inc.**<br>**10110 Clow Creek Drive**<br>**Unit C**<br>**Plainfield, IL 60585** | | | **52,107.00** |
| **Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | **Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | **2007 and 2008 Income Taxes** | **Disputed** | **50,000.00** |
| **Kendall County**<br>**111 W Fox Street**<br>**Yorkville, IL 60560** | **Kendall County**<br>**111 W Fox Street**<br>**Yorkville, IL 60560** | **4531-4591 Rt. 71, Oswego, Illinois (Debtors are the beneficiarys of West Suburban Bank Trust #12277 in which title is held)  Pursuant to In Re Gladsto** | | **44,192.26**<br>**(3,200,000.00 secured)**<br>**(3,490,018.33 senior lien)** |
| **Bank of America**<br>**Attn: Bankruptcy**<br>**NC4-105-02-99**<br>**PO Box 26012**<br>**Greensboro, NC 27410** | **Bank of America**<br>**Attn: Bankruptcy NC4-105-02-99**<br>**PO Box 26012**<br>**Greensboro, NC 27410** | **800 S. Wells, Suite 1052, Chicago** | **Disputed** | **178,303.65**<br><br>**(135,000.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Philip W Elizondo**
     **Denise M Elizondo**                                            Case No.  _____

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Alley Drywall** P.O. Box 966 Oswego, IL 60543 | **Alley Drywall** P.O. Box 966 Oswego, IL 60543 | **Personal Guarantee for Lincoln Square Group, LLC** | **Disputed Subject to Setoff** | 38,329.25 |
| **Chase** 201 N Walnut Street Mailstop DE1-1027 Wilmington, DE 19801 | **Chase** 201 N Walnut Street Mailstop DE1-1027 Wilmington, DE 19801 | **2300 Wolf Rd, Oswego, IL 60543** | **Disputed** | 34,763.42 (260,000.00 secured) (282,744.78 senior lien) |
| **West Suburban Bank** 711 S. Meyers Rd Lombard, IL 60148 | **West Suburban Bank** 711 S. Meyers Rd Lombard, IL 60148 | **3850-3852 Wolf Rd, Oswego, IL** | **Disputed** | 296,000.00 (263,000.00 secured) |
| **Hitachi Capital America Corp** 21925 Network Place Chicago, IL 60673 | **Hitachi Capital America Corp** 21925 Network Place Chicago, IL 60673 | **Personal Guarantee for Lincoln Square Group** | **Disputed Subject to Setoff** | 30,000.00 |
| **State of Arkansas** P.O. Box 8092 Little Rock, AR 72203-8092 | **State of Arkansas** P.O. Box 8092 Little Rock, AR 72203-8092 | **Alleged use tax that was paid by Lincoln Square Group, LLC and alleged Claimant says was not paid.** | **Disputed** | 29,000.00 |
| **Bank of America Leasing Lease Adminstration Center** P.O. Box 371992 Pittsburgh, PA 15250-7992 | **Bank of America Leasing Lease Adminstration Center** P.O. Box 371992 Pittsburgh, PA 15250-7992 | **Personal Guarantee for Larson Excavating and Underground, Inc. for Caterpillar Track Loader 953C** | **Disputed Subject to Setoff** | 27,767.40 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Philip W Elizondo**
      **Denise M Elizondo** _____

Case No. _____

                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

      We, **Philip W Elizondo** and **Denise M Elizondo**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  **August 30, 2010** _____

Signature  **/s/ Philip W Elizondo** _____
           **Philip W Elizondo**
           Debtor

Date  **August 30, 2010** _____

Signature  **/s/ Denise M Elizondo** _____
           **Denise M Elizondo**
           Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Philip W Elizondo,**
         **Denise M Elizondo**

                                          Debtors

Case No. _____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4,634,000.00 | | |
| B - Personal Property | Yes | 5 | 42,805.84 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 4,986,775.83 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 79,600.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 8,941,447.53 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 14,003.92 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 6 | | | 13,069.33 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| Total Assets | | | 4,676,805.84 | | |
| Total Liabilities | | | | 14,007,823.36 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re      **Philip W Elizondo,**
      **Denise M Elizondo**
                                  ,      Debtors

Case No. _____

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re   **Philip W Elizondo,**                                          Case No. _____
        **Denise M Elizondo**
_____,
                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4531-4591 Rt. 71, Oswego, Illinois (Debtors are the beneficiarys of West Suburban Bank Trust #12277 in which title is held)  Pursuant to In Re Gladstone Glen, Debtors are the owners of this real estate in this case.** | **Beneficiary of Land Trust** | J | 3,200,000.00 | 3,534,210.59 |
| **2300 Wolf Rd, Oswego, IL 60543** | **Fee Simple** | J | 260,000.00 | 417,453.20 |
| **8404 Borboni Ct., Naples, FL** | | J | 199,000.00 | 279,997.90 |
| **800 S. Wells, Suite 1052, Chicago** | **Fee simple** | J | 135,000.00 | 202,553.65 |
| **3850-3852 Wolf Rd, Oswego, IL** | **Fee Simple** | J | 263,000.00 | 296,000.00 |
| **2-4 Stonehill Oswego, IL (Debtors are the beneficiarys of West Suburban Bank Trust #12277 in which title is held)  Pursuant to In Re Gladstone Glen, Debtors are the owners of this real estate in this case.** | **Beneficiary of Land Trust** | J | 265,000.00 | 237,660.49 |
| **53 Burkhart, Oswego, IL** | **Fee simple** | J | 312,000.00 | 0.00 |

|  |  | Sub-Total >  | 4,634,000.00 | (Total of this page) |
|---|---|---|---|---|
|  |  | Total >  | 4,634,000.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Philip W Elizondo,**                                         Case No. _____
         **Denise M Elizondo**
                                                                    ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | West Suburban Bank | - | 174.62 |
| | | West Suburban Bank | - | 194.02 |
| | | Citibank (Washington Square Group, LLC) | - | 8,729.67 |
| | | Chase Bank - Checking and Savings (amount is combined) | J | 222.53 |
| | | Earthmover Credit Union | J | 200.00 |
| | | Bank of Anerica - Checking | J | 417.00 |
| | | `Chase - Checking (Rental Account) | J | 408.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | CommEd-Washington Square Group (Listed here because real estate is owned in Land Trust) | - | 4,110.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and Furnishings (Household items located at 2300 Wolf Road and 8404 Borboni, Naples Florida | J | 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books and Pictures | J | 500.00 |
| | | 2 Michael Goddard Prints | J | 900.00 |
| 6.  Wearing apparel. | | Wearing Apparel | J | 3,000.00 |
| 7.  Furs and jewelry. | | Jewerly | J | 1,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Sports Equipment | J | 100.00 |

Sub-Total >          **21,955.84**
(Total of this page)

__4__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Philip W Elizondo,**                              Case No. _____
           **Denise M Elizondo**

                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **County Insurance-Liability Policy covering Real Estate and Buildings** | - | 0.00 |
| | | **Term Life Insurance Policy on Denise Elizondo Face Value 100000** | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Larson Excavating & Underground, Inc.-owned by Phil Elizondo. Bank Account has $106.27; Accounts Receivable $300000; 2008 GMC Yukon Smart Lease with Robert Larsob amount due of $2,844 to GMAC (Phil Elizondo personal guarantee). Komatsu PC300LC Excavator S/N A88679 subject to lien of Komatsu Financial of $175530.06; Caterpillar Track Loader 953 C subject to lien of Bank of America Leasing of $27,767.40; Caterpillar Excavator and 2 24 Inch GP Bucket subject to lien of Caterpillar Financial of $6032.08; 2007 Komatsu WA 200L-5, SN/ 68269 subject to lien of Center Capital Corporation of $19, 458.24** | H | 50.00 |
| | | **We 4 Custom Homes, LLC-Sole Member Denise Elizondo; Bank Account $5,786.70; Lease of 2007 Mack CTP713 Dump Truck owned by BB&T Equipment Finance with personal guarantee to Denise Elizondo; ASV Model PT100 Track Loader, S/N PTD03786 subject to lien of ASV Capital** | W | 50.00 |
| | | **Stonehill Properties LLC Membership owned by Denise Elizondo. LLC owns 84 Templeton, Oswego Illinois subject to mortgage to West Suburban Bank which is personally guaranteed.** | J | 50.00 |

                                         Sub-Total >         **150.00**
                                        (Total of this page)

Sheet \_\_**1**\_\_ of \_\_**4**\_\_ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Philip W Elizondo,**                                Case No. _____
           **Denise M Elizondo**
                                       Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Fitness Premer Management LLC-Membership 23% Phil Elizondo, 15.5% Jason Markowicz, 15.5% Kelly Markowicz, Mark Hickey 23% 11.5% John Bahlenhorst, and 11.5% Pam Bahlenhorst. Management Agreement contains forfeiture clause in the event of bankruptcy. Phil Elizondo and other members have personally guaranteed $1,200,000.00 and leases. | J | 50.00 |
| | | Lincoln Square Group, LLC-Filed Chapter 7 on 5/11/2010 Case Number 10-21466 Owns four properties which based on documents were sold at foreclosure sale by Iberia Bank prior to case being filed (Subject to personal guarantee), a property in Algonquin, Illinois subject to lien of Merit Bank and a partially developed light in Industrial Park in Oswego, Illinois subject to lien of West Suburban Bank | J | 50.00 |
| | | The Washington Square Group, LLC-This LLC is the borrower for the real estate located at 4351-4591 Route 71, Oswego, Illinois.  Pursuant to In Re Gladstone Glen, 628 F. 2nd 1015 (7th Cir. 1980) and the finding of the Bankruptcy court in Case Number 10-31627 the real estate and property (including bank accounts) is the property of the debtor as a result of the fact that this property is owned by West Suburban Bank Trust Number 12277 and debtors are the sole beneficiaries | J | 50.00 |
| | | + P Enterprises, Inc. Ownership in management of Restraunt located at 4571 Rt 71, Oswego, Illinois. As of July 2010, 49% owned by Philip Elizondo and 51% oned by Nichole Moroy | J | 50.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Donald E. Brown - past due rent ($84,000.00 discharged in Bankruptcy 10-08303) | - | 0.00 |
| | | Claim for accident involving Phil Elizondo on July 2, 2010 against William P. Templin Susan Templin and others (insured by State Farm) related which took place at appoximately US Rt 71 and Forest Avenue | H | Unknown |

                                                           Sub-Total >            **200.00**
                                                  (Total of this page)

Sheet  **2**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Philip W Elizondo,**                                                                    Case No. _____
       **Denise M Elizondo**

                                                  Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Claim by Denise Elizondo and Philip Elizondo against Ballagh Homeowners Association for tortious interference with a sales contract** | **J** | **Unknown** |
| | | **Potential Claim against Harris NA for lender liability** | **J** | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **08 Chevrolet Trailblazer** | **J** | **20,000.00** |

                                                                    Sub-Total >        **20,000.00**
                                                        (Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Philip W Elizondo,**    Case No. _____
    **Denise M Elizondo**

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1998 Harley Davidson (valued only for parts)** | **J** | **500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          **500.00**
(Total of this page)

Total >          **42,805.84**

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Philip W Elizondo,**                                     Case No. _____
         **Denise M Elizondo**

                                    Debtors                    ,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| West Suburban Bank | 735 ILCS 5/12-1001(b) | 174.62 | 174.62 |
| West Suburban Bank | 735 ILCS 5/12-1001(b) | 194.02 | 194.02 |
| Citibank (Washington Square Group, LLC) | 735 ILCS 5/12-1001(b) | 1,633.83 | 8,729.67 |
| Chase Bank - Checking and Savings (amount is combined) | 735 ILCS 5/12-1001(b) | 222.53 | 222.53 |
| Earthmover Credit Union | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| Bank of Anerica - Checking | 735 ILCS 5/12-1001(b) | 417.00 | 417.00 |
| `Chase - Checking (Rental Account) | 735 ILCS 5/12-1001(b) | 408.00 | 408.00 |
| **Household Goods and Furnishings** | | | |
| Household Goods and Furnishings (Household items located at 2300 Wolf Road and 8404 Borboni, Naples Florida | 735 ILCS 5/12-1001(b) | 2,000.00 | 2,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books and Pictures | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| 2 Michael Goddard Prints | 735 ILCS 5/12-1001(b) | 900.00 | 900.00 |
| **Wearing Apparel** | | | |
| Wearing Apparel | 735 ILCS 5/12-1001(a) | 3,000.00 | 3,000.00 |
| **Furs and Jewelry** | | | |
| Jewerly | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Sports Equipment | 20  ILCS 1805/10 | 100.00 | 100.00 |
| **Interests in Insurance Policies** | | | |
| Term Life Insurance Policy on Denise Elizondo Face Value 100000 | 735 ILCS 5/12-1001(f) 215 ILCS 5/238 | 0.00 0.00 | 0.00 |

___**2**___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re   **Philip W Elizondo,**                                     Case No. _____
      **Denise M Elizondo**
                                    ,
                         Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Stock and Interests in Businesses** | | | |
| **Larson Excavating & Underground, Inc.-owned by Phil Elizondo.  Bank Account has $106.27; Accounts Receivable $300000; 2008 GMC Yukon Smart Lease with Robert Larsob amount due of $2,844 to GMAC (Phil Elizondo personal guarantee). Komatsu PC300LC Excavator S/N A88679 subject to lien of Komatsu Financial of $175530.06; Caterpillar Track Loader 953 C subject to lien of Bank of America Leasing of $27,767.40; Caterpillar Excavator and 2 24 Inch GP Bucket subject to lien of Caterpillar Financial of $6032.08; 2007 Komatsu WA 200L-5, SN/ 68269 subject to lien of Center Capital Corporation of $19, 458.24** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **We 4 Custom Homes, LLC-Sole Member Denise Elizondo; Bank Account $5,786.70; Lease of 2007 Mack CTP713 Dump Truck owned by BB&T Equipment Finance with personal guarantee to Denise Elizondo;  ASV Model PT100 Track Loader, S/N PTD03786 subject to lien of ASV Capital** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Stonehill Properties LLC Membership owned by Denise Elizondo.  LLC owns 84 Templeton, Oswego Illinois subject to mortgage to West Suburban Bank which is personally guaranteed.** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Fitness Premer Management LLC-Membership 23% Phil Elizondo, 15.5% Jason Markowicz, 15.5% Kelly Markowicz, Mark Hickey 23% 11.5% John Bahlenhorst, and 11.5% Pam Bahlenhorst. Management Agreement contains forfeiture clause in the event of bankruptcy. Phil Elizondo and other members have personally guaranteed $1,200,000.00 and leases.** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Lincoln Square Group, LLC-Filed Chapter 7 on 5/11/2010 Case Number 10-21466 Owns four properties which based on documents were sold at foreclosure sale by Iberia Bank prior to case being filed (Subject to personal guarantee), a property in Algonquin, Illinois subject to lien of Merit Bank and a partially developed light in Industrial Park in Oswego, Illinois subject to lien of West Suburban Bank** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re   **Philip W Elizondo,**                                        Case No. _____
      **Denise M Elizondo**
_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **The Washington Square Group, LLC-This LLC is the borrower for the real estate located at 4351-4591 Route 71, Oswego, Illinois.  Pursuant to In Re Gladstone Glen, 628 F. 2nd 1015 (7th Cir. 1980) and the finding of the Bankruptcy court in Case Number 10-31627 the real estate and property (including bank accounts) is the property of the debtor as a result of the fact that this property is owned by West Suburban Bank Trust Number 12277 and debtors are the sole beneficiaries** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **+ P Enterprises, Inc. Ownership in management of Restraunt located at 4571 Rt 71, Oswego, Illinois.  As of July 2010, 49% owned by Philip Elizondo and 51% oned by Nichole Moroy** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Accounts Receivable** | | | |
| **Claim for accident involving Phil Elizondo on July 2, 2010 against William P. Templin Susan Templin and others (insured by State Farm) related which took place at appoximately US Rt 71 and Forest Avenue** | **735 ILCS 5/12-1001(h)(4)** | **30,000.00** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **08 Chevrolet Trailblazer** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **20,000.00** |
| **1998 Harley Davidson (valued only for parts)** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **500.00** |
| | Total: | **45,900.00** | **38,695.84** |

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Philip W Elizondo,**
　　　**Denise M Elizondo**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ 　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx3799**<br><br>**Bank of America**<br>**Attn: Bankruptcy NC4-105-02-99**<br>**PO Box 26012**<br>**Greensboro, NC 27410** | | J | 2300 Wolf Rd, Oswego, IL 60543<br><br><br>Value $　　　　　260,000.00 | | | X | 99,945.00 | 99,945.00 |
| Account No. **xxxxx7202**<br><br>**Bank of America**<br>**Attn: Bankruptcy NC4-105-02-99**<br>**PO Box 26012**<br>**Greensboro, NC 27410** | | J | 8404 Borboni Ct., Naples, FL<br><br><br>Value $　　　　　199,000.00 | | | X | 279,997.90 | 80,997.90 |
| Account No. **xxxxx1511**<br><br>**Bank of America**<br>**Attn: Bankruptcy NC4-105-02-99**<br>**PO Box 26012**<br>**Greensboro, NC 27410** | | J | 800 S. Wells, Suite 1052, Chicago<br><br><br>Value $　　　　　135,000.00 | | | X | 178,303.65 | 43,303.65 |
| Account No. **xxxxx6330**<br><br>**Bank of America**<br>**475 CrossPoint Parkway**<br>**P.O. Box 9000**<br>**Getzville, NY 14068-9000** | | J | 800 S. Wells, Suite 1052, Chicago<br><br><br>Value $　　　　　135,000.00 | | | X | 24,250.00 | 24,250.00 |

**_4_** continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 582,496.55 | 248,496.55 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Philip W Elizondo,**
       **Denise M Elizondo**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. xxxxxxxxx9089 | | | | 2300 Wolf Rd, Oswego, IL 60543 | | | | | |
| **Chase** **201 N Walnut Street** **Mailstop DE1-1027** **Wilmington, DE 19801** | | J | | | | | X | | |
| | | | | Value $                260,000.00 | | | | 34,763.42 | 34,763.42 |
| Account No. xxx-xxxx-x0952 | | | | **Purchase Money Security** **08 Chevrolet Trailblazer** | | | | | |
| **GMAC Automotive Bank** **2000 Town Center, Suite 2200** **Southfield, MI 48075** | | J | | | | | X | | |
| | | | | Value $                 20,000.00 | | | | 18,900.00 | 0.00 |
| Account No. | | | | | | | | | |
| **GMAC** **PO Box 130424** **Roseville, MN 55113** | | | | Representing: **GMAC Automotive Bank** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | 10/15/2003 and 8/8/2007 **First and Second Mortgage** **4531-4591 Rt. 71, Oswego, Illinois** **(Debtors are the beneficiarys of West** **Suburban Bank Trust #12277 in which** **title is held)  Pursuant to In Re** **Gladstone Glen, Debtors are the owners** **of this real estate in this case.** | | | | | |
| **Harris N.A.** **PO BOX 94034** **Palatine, IL 60094** | X | - | | | | | X | | |
| | | | | Value $              3,200,000.00 | | | | 3,031,018.33 | 0.00 |
| Account No. | | | | | | | | | |
| **Chapman & Cutler, LLP** **111 West Monroe Street** **Chicago, IL 60603** | | | | Representing: **Harris N.A.** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |

Sheet  __1__  of  __4__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 3,084,681.75 | 34,763.42 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re  **Philip W Elizondo,**  
**Denise M Elizondo**

Case No. _____

_____,  
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.  Harris N.A. PO Box 5043 Rolling Meadows, IL 60008 | | | Representing: Harris N.A. | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No.  Harris N.A. 111 W. Monroe Street Chicago, IL 60690 | | | Representing: Harris N.A. | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No.  Harris NA 3800 Golf Road Suite 300 Rolling Meadows, IL 60008 | | | Representing: Harris N.A. | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **xxxxxx4876**  Harris N.A. PO Box 5043 Rolling Meadows, IL 60008 | J | | 2300 Wolf Rd, Oswego, IL 60543 | | | X | | |
| | | | Value $           **260,000.00** | | | | **282,744.78** | **22,744.78** |
| Account No.  Kendall County 111 W Fox Street Yorkville, IL 60560 | X | - | Real Estate Taxes 4531-4591 Rt. 71, Oswego, Illinois (Debtors are the beneficiarys of West Suburban Bank Trust #12277 in which title is held)  Pursuant to In Re Gladstone Glen, Debtors are the owners of this real estate in this case. | | | | | |
| | | | Value $         **3,200,000.00** | | | | **44,192.26** | **44,192.26** |

Sheet **2** of **4** continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

| Subtotal (Total of this page) | **326,937.04** | **66,937.04** |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re   **Philip W Elizondo,**
       **Denise M Elizondo**
                                       ,            Case No. _____

                             Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. | | | | | Third Mortgage 4531-4591 Rt. 71, Oswego, Illinois (Debtors are the beneficiarys of West Suburban Bank Trust #12277 in which title is held)  Pursuant to In Re Gladstone Glen, Debtors are the owners of this real estate in this case. | | | | | |
| **West Suburban Bank 2830 Route 34☐☐ Oswego, IL 60543** | X | - | | | | | | | | |
| | | | | | Value $            **3,200,000.00** | | | | **459,000.00** | **290,018.33** |
| Account No. | | | | | Representing: West Suburban Bank | | | | | |
| **Cohen & Krol 105 West Madison Street Suite 1100 Chicago, IL 60602** | | | | | | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | Representing: West Suburban Bank | | | | | |
| **Giagnorio & Robertelli, Ltd. 130 S. Bloomingdale Road P.O. Box 726 Bloomingdale, IL 60108-0726** | | | | | | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. **xxxxxx7624** | | | | | 3850-3852 Wolf Rd, Oswego, IL | | | | | |
| **West Suburban Bank 711 S. Meyers Rd Lombard, IL 60148** | | J | | | | | | X | | |
| | | | | | Value $           **263,000.00** | | | | **296,000.00** | **33,000.00** |
| Account No. **xxxxxx9813** | | | | | 2-4 Stonehill Oswego, IL (Debtors are the beneficiarys of West Suburban Bank Trust #12277 in which title is held) Pursuant to In Re Gladstone Glen, Debtors are the owners of this real estate in this case. | | | | | |
| **West Suburban Bank 711 S. Meyers Rd Lombard, IL 60148** | | J | | | | | | X | | |
| | | | | | Value $           **265,000.00** | | | | **237,660.49** | **0.00** |

Sheet   **3**   of   **4**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                              Subtotal          **992,660.49**        **323,018.33**
                         (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Philip W Elizondo,**
        **Denise M Elizondo**                                                    Case No. _____

_____ ,
                                            Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**West Suburban Bank**<br>**711 S. Meyers Rd**<br>**Lombard, IL 60148** | X | J | **First Mortgage**<br><br>**53 Burkhart, Oswego, IL** | | | | | |
| | | | Value $            **312,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Sheet __4__ of __4__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal<br>(Total of this page) | | | | **0.00** | **0.00** |
| | | | Total<br>(Report on Summary of Schedules) | | | | **4,986,775.83** | **673,215.34** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Philip W Elizondo,**                                                              Case No. _____
       **Denise M Elizondo**

_____,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    **2**      continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Philip W Elizondo,**            Case No. _____
      **Denise M Elizondo**

_____,
                                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | **FOR NOTICE PURPOSES** | | | | | |
| **Illinois Department of Revenue Bankruptcy Section 100 W. Randolph Street Chicago, IL 60606** | J | | | | | | | | 600.00 |
| | | | | | | | | **600.00** | **0.00** |
| Account No. | | | | | | | | | |
| **Illinois Attorney General 100 W. Randolph Street Chicago, IL 60606** | | | | Representing: **Illinois Department of Revenue** | | | | **Notice Only** | |
| Account No. | | | | | | | | | |
| **Illinois Department of Revenue P.O. Box 19035 Springfield, IL 62794** | | | | Representing: **Illinois Department of Revenue** | | | | **Notice Only** | |
| Account No. | | | | **2007 and 2008 Income Taxes** | | | | | |
| **Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114** | J | | | | | | X | | 0.00 |
| | | | | | | | | **50,000.00** | **50,000.00** |
| Account No. | | | | | | | | | |
| **D. Patrick Mularkey Room 7894, JCB Building 555 4th Street N.W. Washington, DC 20001** | | | | Representing: **Internal Revenue Service** | | | | **Notice Only** | |

| Sheet __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 600.00 |
|---|---|---|
| | **50,600.00** | **50,000.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Philip W Elizondo,**          Case No. _____
        **Denise M Elizondo**
                                                                    ,
                                    Debtors
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| **Account No.**<br><br>**Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604** | | | | **Representing:**<br>**Internal Revenue Service** | | | | **Notice Only** | | |
| **Account No.**<br><br>**United States Attorney<br>219 S. Dearborn Street<br>Chicago, IL 60604** | | | | **Representing:**<br>**Internal Revenue Service** | | | | **Notice Only** | | |
| **Account No.**<br><br>**State of Arkansas<br>P.O. Box 8092<br>Little Rock, AR 72203-8092** | J | | | **Alleged use tax that was paid by Lincoln Square Group, LLC and alleged Claimant says was not paid.** | | | X | **29,000.00** | **29,000.00**<br><br>**0.00** | |
| **Account No.** | | | | | | | | | | |
| **Account No.** | | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | **29,000.00**<br>**29,000.00**   **0.00** |
| | Total<br>(Report on Summary of Schedules) | **29,600.00**<br>**79,600.00**   **50,000.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Philip W Elizondo,**
         **Denise M Elizondo**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Alley Drywall**<br>**P.O. Box 966**<br>**Oswego, IL 60543** | X | J | **Personal Guarantee for Lincoln Square Group, LLC**<br>     **Subject to setoff.** | | | X | 38,329.25 |
| Account No.  **x-x1005**<br><br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** | | J | | | | | 3,138.50 |
| Account No.  **xxxxxx1426**<br><br>**ASV Capital**<br>**NW-5934**<br>**Minneapolis, MN 55485-5934** | X | J | **Personal Guaranty of We 4 Custom Homes, LLC**<br>     **Subject to setoff.** | | | X | 4,514.40 |
| Account No.  **xxxxx5648**<br><br>**Bank of America Leasing**<br>**Lease Adminstration Center**<br>**P.O. Box 371992**<br>**Pittsburgh, PA 15250-7992** | X | H | **8/23/2007**<br>**Personal Guarantee for Larson Excavating and Underground, Inc. for Caterpillar Track Loader 953C**<br>     **Subject to setoff.** | | | X | 27,767.40 |

|  | Subtotal<br>(Total of this page) | 73,749.55 |
|---|---|---|

__12__  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:38122-091116   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Philip W Elizondo,**
         **Denise M Elizondo**
                                                    ,
                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Banc of America Leasing**<br>**M18-900-02-14**<br>**2600 W. Big Beaver Road**<br>**Troy, MI 48084** | | | **Representing:**<br>**Bank of America Leasing** | | | | **Notice Only** |
| Account No. **xx0695**<br><br>**BB& T Equipment Finance**<br>**P.O. Box 580155**<br>**Charlotte, NC 28258-0155** | X | W | **Personal Guarantee of We 4 Custom Homes, LLC**<br>   **Subject to setoff.** | | | X | **11,025.00** |
| Account No. **xxxxxxxxxxxxx9556**<br><br>**Best Buy**<br>**Retail Services**<br>**P.O. Bozx 15521**<br>**Wilmington, DE 19850-5521** | | J | | | | | **3,450.84** |
| Account No. **LEU**<br><br>**Boughton Trucking & Material**<br>**11746 S. Naperville-Plainfield Road**<br>**Plainfield, IL 60585** | X | H | **Personal Guarantee for Larson Excavating and Underground, Inc.** | | | X | **14,537.86** |
| Account No.<br><br>**BP Gas Card**<br>**1001 Service Road, East**<br>**Highway 190 Suite 200**<br>**Covington, LA 70433** | X | J | **Personal Guarantee for We 4 Custom Homes, LLC** | | | X | **10,448.86** |

Sheet no. __1__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**39,462.56**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Philip W Elizondo,**                                                    Case No. _____
          **Denise M Elizondo**
_____,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6146**<br><br>**Castle Orthopaedics**<br>**111 Ogden Ave**<br>**Aurora, IL 60504** | | J | | | | | 10.00 |
| Account No. **xxxx4954**<br><br>**Caterpillar Financial Services**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | X | H | 09/12/2008<br>**Personal Guarantee of Excavator and 2 24 inch GP Bucket**<br>    **Subject to setoff.** | | | X | 6,032.08 |
| Account No.<br><br>**Caterpillar Financial Services**<br>**P.O. Box 730669**<br>**Dallas, TX 75373-0669** | | | **Representing:**<br>**Caterpillar Financial Services** | | | | Notice Only |
| Account No. **xxx-xxxxxx7-001**<br><br>**Center Capital Corporation**<br>**P.O. Box 330**<br>**Hartford, CT 06141-0330** | X | H | 12/10/2007<br>**Personal Guarantee for Larson Excavating for 2007 Komatsu WA200L-5 Wheel Loader S/N 682269**<br>    **Subject to setoff.** | | | X | 19,458.24 |
| Account No. **xxxx-xxxx-xxxx-5396**<br><br>**Chase**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | J | | | | | 3,116.11 |

Sheet no. __**2**___ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 28,616.43 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Philip W Elizondo,**                                         Case No. _____
         **Denise M Elizondo**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx2 JAZ** | | | | | | | | |
| Chuhak & Tecson, P.C. 30 S. Wacker Dr 26th Floor Chicago, IL 60606-7413 | | | J | | | | | 3,124.60 |
| Account No. **xxxx-xxxx-xxxx-0357** | | | | | | | | |
| Citi Advantage World Mastercard P.O. Box 688917 Des Moines, IA 50368-8917 | | | J | | | | | 14,626.71 |
| Account No. | | | | | | | | |
| Craftsman Carpet and Tile 12101 W. 159th Street Homer Glen, IL 60491 | | | J | | | | | 2,882.81 |
| Account No. | | | | | | | | |
| Dependable Plumbing, Inc. 10110 Clow Creek Drive Unit C Plainfield, IL 60585 | X | - | | | | | | 52,107.00 |
| Account No. | | | | | | | | |
| Diamond Decorating 20 W 019 Colford West Chicago, IL 60185 | X | | J | | | | | 2,730.00 |

Sheet no. __3__ of __12__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)              75,471.12

B6F (Official Form 6F) (12/07) - Cont.

In re  **Philip W Elizondo,**
       **Denise M Elizondo**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Direct Merchants Bank** **Attn: Bankruptcy Department** **PO Box 5246** **Carol Stream, IL 60197** | | J | | | | | | 8,910.33 |
| Account No. **4431** | | | | | | | | |
| **Discover Financial Services** **Attention: Bankruptcy Department** **PO Box 3025** **New Albany, OH 43054** | | J | | | | | | 8,999.34 |
| Account No. **x5757** | | | | Personal Guarantee for Larsen Excavating and Underground, Inc.     Subject to setoff. | | | | |
| **First Place Rental** **4975 Route 71** **Lyons, IL 60534** | X | J | | | | | X | 8,930.94 |
| Account No. **xxx-xxxx-x0534** | | | | 03/21/2008 Personal Guarantee for Smart Lease with Larsen Excavating & Underground, Inc.     Subject to setoff. | | | | |
| **GMAC** **P.O. Box 9001948** **Louisville, KY 40290-1948** | X | J | | | | | X | 2,844.00 |
| Account No. **xxx8643** | | | | Personal Guarantee for Larsen Excavating and Underground, Inc.     Subject to setoff. | | | | |
| **Grainco FS** **3107 N. Route 23** **Ottawa, IL 61350** | X | J | | | | | X | 13,740.39 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43,425.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Philip W Elizondo,** Case No. _____
      **Denise M Elizondo**
_____ ,
                                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x9508** <br><br> **Hitachi Capital America Corp 21925 Network Place Chicago, IL 60673** | X | W | | Personal Guarantee for Lincoln Square Group Subject to setoff. | | | X | 30,000.00 |
| Account No. **xxxxxxxxxxx0606** <br><br> **Home Depot Credit Services P.O. Box 689100 Des Moines, IA 50368-9100** | X | H | | Personal Guarantee of We 4 Custom Homes, LLC Subject to setoff. | | | X | 2,642.10 |
| Account No. <br><br> **Home Depot P.O. Box 6029 The Lakes, NV 88901** | | | | Representing: Home Depot Credit Services | | | | Notice Only |
| Account No. **xxxxxxxxxxx0586** <br><br> **Home Depot Credit Services P.O. Box 689100 Des Moines, IA 50368-9100** | X | J | | Personal Guarantee for Lincoln Square Group, LLC | | | X | 9,548.95 |
| Account No. <br><br> **Homes Depot P.O. Box 6029 The Lakes, NV 88901** | | | | Representing: Home Depot Credit Services | | | | Notice Only |

Sheet no. __5__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,191.05

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Philip W Elizondo,**
         **Denise M Elizondo**                                                    Case No. _____

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | J C | | | | | |
| Account No.<br><br>**Iberia Bank/Pulaski Bank**<br>**P.O. Box 7299**<br>**Little Rock, AR 72217** | X | J | | **Personal Guarantee for Lincoln Square Group, LLC related to four properties in Tennessee and** | | | | **4,300,000.00** |
| Account No.<br><br>**Justin H. Volmert**<br>**Johnson & Bell, Ltd**<br>**33 W. Monroe Suite 2700**<br>**Chicago, IL 60603** | | | | **Representing:**<br>**Iberia Bank/Pulaski Bank** | | | | **Notice Only** |
| Account No.<br><br>**Morton & Germany**<br>**45 North Third Street**<br>**Suite 201**<br>**Memphis, TN 38103** | | | | **Representing:**<br>**Iberia Bank/Pulaski Bank** | | | | **Notice Only** |
| Account No. **949**<br><br>**Isaac Landscaping**<br>**PO Box 1152**<br>**Yorkville, IL 60560** | | J | | | | | | **3,830.00** |
| Account No. **1115**<br><br>**Jet Windows & Doors**<br>**713 W. Devon**<br>**Park Ridge, IL 60068** | | J | | | | | | **1,108.94** |

Sheet no. __6__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,304,938.94**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Philip W Elizondo,**
          **Denise M Elizondo**

Case No. _____

_____,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **x3064** <br><br> **K Hoving Recycling & Disposal, Inc.** <br> **2351 Powis Rd** <br> **West Chicago, IL 60185** | | J | | | | | | 334.40 |
| Account No. **xxx-xxx7-115** <br><br> **Kohl's** <br> **N56 W17000** <br> **Menomonee Falls, WI 53051** | | J | | | | | | 75.06 |
| Account No. **xxx-xxx8008** <br><br> **Komatsu Financial** <br> **P.O. Box 99303** <br> **Chicago, IL 60693-9303** | X | J | | 2/24/10 Extension Agreement **Personal Guarantee for Larson Excavating & Underground, Inc. for Komatsu PC300LC-7 Excavator S/N A88679** <br>     **Subject to setoff.** | | | X | 175,530.06 |
| Account No. <br><br> **Komatsu Finacial Lim Partnership** <br> **One Continental Towers** <br> **Rolling Meadows, IL 60008** | | | | Representing: Komatsu Financial | | | | Notice Only |
| Account No. <br><br> **Kurt Richter** <br> **800 E. Northwest Hwy** <br> **Suite 403** <br> **Palatine, IL 60067** | X | - | | | | | | 3,000.00 |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

178,939.52

B6F (Official Form 6F) (12/07) - Cont.

In re  **Philip W Elizondo,**
    **Denise M Elizondo**
                                                        ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Midwest Bank/First Merit** <br> **501 W. North Avenue Avenue** <br> **Melrose Park, IL 60160** | X | J | **Personal Guarantee for Lincoln Square Group, LLC for property in Algonquin, Illinois** <br>     **Subject to setoff.** | | | X | 615,000.00 |
| Account No. <br><br> **Bruce Dopke** <br> **P.O. Box 681246** <br> **Schaumburg, IL 60168-1246** | | | **Representing:** <br> **Midwest Bank/First Merit** | | | | **Notice Only** |
| Account No. **xxxx7010** <br><br> **Ozinga Concrete/Ready Mix** <br> **P.O. Box 910** <br> **Frankfort, IL 60423** | X | H | **Personal Guarantee for Larsen Excavating and Underground, Inc.** <br>     **Subject to setoff.** | | | X | 8,320.77 |
| Account No. <br><br> **Patrick Walsh** <br> **15 Spinning Wheel Road** <br> **Suite 417** <br> **Hinsdale, IL 60521** | X | J | **Personal Guarantee of Lincoln Square Group, LLC** | | | X | 60,000.00 |
| Account No. **x0243** <br><br> **R & J Construction Supply** <br> **1567 Frontenac Road** <br> **Naperville, IL 60563** | X | J | **Personal Guarantee for Larsen Excavating and Supply, Inc.** <br>     **Subject to setoff.** | | | X | 1,905.98 |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

685,226.75

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Philip W Elizondo,**
       **Denise M Elizondo**
                                                                    Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ridgestone Bank**<br>**10 N. Martingdale Road**<br>**Schaumburg, IL 60173** | | J | | **Personal Guarantee of Fitness Premier Management, LLC**<br>     **Subject to setoff.** | | X | X | **1,600,000.00** |
| Account No. **xxxx5582**<br><br>**Rush-Copley Medical Center**<br>**2000 Ogden Avenue**<br>**Aurora, IL 60504** | | J | | | | | | **1,412.00** |
| Account No.<br><br>**Rush-Copley Medical Center**<br>**2000 Ogden Avenue**<br>**Aurora, IL 60504** | | J | | | | | | **10,716.25** |
| Account No.<br><br>**Security Builders**<br>**10 Stonehill Road**<br>**P.O. Box 0910**<br>**Oswego, IL 60543** | X | J | | **Personal Guarantee for Lincoln Square Group, LLC** | | | X | **19,000.00** |
| Account No. **xxxx-xxxx-xxxx-5396**<br><br>**Slate from Chase**<br>**Cardmember Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | J | | | | | | **2,849.91** |

Sheet no. __9___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,633,978.16**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Philip W Elizondo,**
       **Denise M Elizondo**
                                                                                    Case No. _____

_____,
                                 Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5997** | | | | | | | |
| **Spirit Airlines - Mastercard** **PO Box 13337** **Philadelphia, PA 19101-3337** | | J | | | | | 21,505.35 |
| Account No. **xx2593** | | | Personal Guarantee for Lincoln Square Group, LLC | | | | |
| **Sunbelt Rentals** **2605 Beverly Drive** **Aurora, IL 60502** | X | J | | | | X | 4,299.66 |
| Account No. **xxxxxxx9508** | | | | | | | |
| **Target National Bank** **P.O. Box 59317** **Minneapolis, MN 55459-0317** | | J | | | | | 8,760.42 |
| Account No. **xxxx-xxxx-xxxx-1708** | | | | | | | |
| **United Milage Plus** **Card Member Services** **P.O. Box 15153** **Wilmington, DE 19886-5153** | | J | | | | | 22,180.86 |
| Account No. | | | Personal Guarantee of We 4 Custom Homes, LLC         Subject to setoff. | | | | |
| **Vulcan** **747 E. 22nd Street** **Lombard, IL 60148** | X | H | | | | X | 5,378.94 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                62,125.23

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Philip W Elizondo,**                                           Case No. _____
        **Denise M Elizondo**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**We 4 Custom Cleaners, LLC**<br>**PO Box 700**<br>**Oswego, IL 60543** | X | - | | | | | 63,444.00 |
| Account No. **xxxx-xxxx-xxxx-3100**<br><br>**West Suburban Bank**<br>**711 S. Meyers Rd**<br>**Lombard, IL 60148** | X | H | **Personal Guarantee for Larsen Excavating and Underground, Inc.**<br>    **Subject to setoff.** | | | X | 8,825.08 |
| Account No.<br><br>**Cohen & Krol**<br>**105 West Madison Street Suite 1100**<br>**Chicago, IL 60602** | | | **Representing:**<br>**West Suburban Bank** | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-1124**<br><br>**West Suburban Bank**<br>**711 S. Meyers Rd**<br>**Lombard, IL 60148** | X | J | **Personal Guarantee of We 4 Custom Homes, LLC** | | | | 4,686.06 |
| Account No.<br><br>**Cohen & Krol**<br>**105 West Madison Street Suite 1100**<br>**Chicago, IL 60602** | | | **Representing:**<br>**West Suburban Bank** | | | | Notice Only |

Sheet no. __**11**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,955.14

B6F (Official Form 6F) (12/07) - Cont.

In re **Philip W Elizondo,**                                    Case No. _____
          **Denise M Elizondo**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | J C | | | | | |
| Account No. | | | | Personal Guarantee of Stonehill Properties, LLC     Subject to setoff. | | | | |
| **West Suburban Bank** **711 S. Meyers Rd** **Lombard, IL 60148** | X | J | | | | | X | |
| | | | | | | | | **1,675,000.00** |
| Account No. **xxxx-xxxx-xxxx-5105** | | | | Personal Guarantee of Lincoln Square Group, LLC | | | | |
| **West Suburban Bank** **711 S. Meyers Rd** **Lombard, IL 60148** | X | J | | | | | X | |
| | | | | | | | | **21,368.08** |
| Account No. | | | | Representing: **West Suburban Bank** | | | | |
| **Cohen & Krol** **105 West Madison Street Suite 1100** **Chicago, IL 60602** | | | | | | | | **Notice Only** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **12** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **1,696,368.08** |
| | Total (Report on Summary of Schedules) | **8,941,447.53** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re  **Philip W Elizondo,**
     **Denise M Elizondo**
     _____,

Case No. _____

                 Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Carson Chiropratic, LLC**<br>**4541 Route 71**<br>**Oswego, IL 60543** | **Lessor under Store Lease extended January 1, 2010for sixty months total month rent including CAM of $3379.38** |
| **Danielle Serrano**<br>**53 Burkhart**<br>**Oswego, IL 60543** | **Residential Lease $1300.pp per month until foreclosure completed** |
| **Frank Lombardo**<br>**2 Stonehill Rd**<br>**Oswego, IL 60543** | **Residential Lease -- 1,000.00 per month** |
| **Kim and Jeff Beach**<br>**3852 Wolf Rd**<br>**Oswego, IL 60543** | **Residential Lease 1,000.00 per month** |
| **Pamela Badalamenti**<br>**800 S. Wells Unit 1052**<br>**Chicago, IL** | **Residential lease 1,000.00 per month** |
| **Plus P Enterprises, Ltd**<br>**4561-4571 Rt 71**<br>**Oswego, IL 60543** | **Five year Lease for rental dated March 10, 2009 for a total per month of $4,849.83 incluidng CAM-Also called Howey's on 71** |
| **Premier Mailing Services, Inc**<br>**4551 Route 71**<br>**Oswego, IL 60543** | **Lessor under Store Lease signed March 4, 2010 for sixty months total month rent including CAM of $800** |
| **Professional Fitness Advantage VIII**<br>**4591 Rt. 71**<br>**Oswego, IL 60543** | **Lessor under Store Lease signed Decmeber 15, 2009 for sixty months total month rent including CAM of $17000** |
| **Relaxology Salon & Spa, Inc.**<br>**4331 Route 71 Suite A**<br>**Oswego, IL 60543** | **Lessor under Store Lease signed Decmeber 15, 2009 for sixty months total month rent of $1738 plus CAM** |
| **Sandy Olson**<br>**3850 Wolf Rd**<br>**Oswego, IL 60543** | **Residential Lease 1,000.00 per month** |
| **William Sosa and Gregory Bullock**<br>**4 Stonehill Rd.**<br>**Oswego, IL 60543** | **Residential Lease 1,000.00 per month** |

  **0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re   **Philip W Elizondo,**
      **Denise M Elizondo**

Case No. _____

,
<div align="center">Debtors</div>

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jeff and Karen Rittgarn<br>59 Burkhart<br>Oswego, IL 60543 | West Suburban Bank<br>711 S. Meyers Rd<br>Lombard, IL 60148 |
| Larsen Excavating & Underground,Inc<br>84 Templeton<br>Suite 101<br>Oswego, IL 60543 | Center Capital Corporation<br>P.O. Box 330<br>Hartford, CT 06141-0330 |
| Larsen Excavating & Underground,Inc<br>84 Templeton<br>Suite 101<br>Oswego, IL 60543 | GMAC<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 |
| Larsen Excavating & Underground,Inc<br>84 Templeton<br>Suite 101<br>Oswego, IL 60543 | Boughton Trucking & Material<br>11746 S. Naperville-Plainfield Road<br>Plainfield, IL 60585 |
| Larsen Excavating & Underground,Inc<br>84 Templeton<br>Suite 101<br>Oswego, IL 60543 | First Place Rental<br>4975 Route 71<br>Lyons, IL 60534 |
| Larsen Excavating & Underground,Inc<br>84 Templeton<br>Suite 101<br>Oswego, IL 60543 | Grainco FS<br>3107 N. Route 23<br>Ottawa, IL 61350 |
| Larsen Excavating & Underground,Inc<br>84 Templeton<br>Suite 101<br>Oswego, IL 60543 | R & J Construction Supply<br>1567 Frontenac Road<br>Naperville, IL 60563 |
| Larsen Excavating & Underground,Inc<br>84 Templeton<br>Suite 101<br>Oswego, IL 60543 | Ozinga Concrete/Ready Mix<br>P.O. Box 910<br>Frankfort, IL 60423 |
| Larsen Excavating &Underground,Inc<br>84 Templeton Drive<br>Suite 101<br>Oswego, IL 60543 | Caterpillar Financial Services<br>2120 West End Avenue<br>Nashville, TN 37203 |
| Larson Excavating & Underground,Inc<br>84 Templeton Drive Suite 101<br>Oswego, IL 60543-7013 | Komatsu Financial<br>P.O. Box 99303<br>Chicago, IL 60693-9303 |

**3**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re    **Philip W Elizondo,**                                          Case No. _____
         **Denise M Elizondo**

_____ ,
                                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Larson Excavating & Underground,Inc**<br>**84 Templeton Drive**<br>**Suite 101**<br>**Oswego, IL 60543-7013** | **Bank of America Leasing**<br>**Lease Adminstration Center**<br>**P.O. Box 371992**<br>**Pittsburgh, PA 15250-7992** |
| **Larson Excavating & Underground,Inc**<br>**84 Templeton Drive Suite 101**<br>**Oswego, IL 60543-7013** | **West Suburban Bank**<br>**711 S. Meyers Rd**<br>**Lombard, IL 60148** |
| **Lincoln Square Group, LLC**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | **Alley Drywall**<br>**P.O. Box 966**<br>**Oswego, IL 60543** |
| **Lincoln Square Group, LLC**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | **Patrick Walsh**<br>**15 Spinning Wheel Road**<br>**Suite 417**<br>**Hinsdale, IL 60521** |
| **Lincoln Square Group, LLC**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | **Security Builders**<br>**10 Stonehill Road**<br>**P.O. Box 0910**<br>**Oswego, IL 60543** |
| **Lincoln Square Group, LLC**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | **Iberia Bank/Pulaski Bank**<br>**P.O. Box 7299**<br>**Little Rock, AR 72217** |
| **Lincoln Square Group, LLC**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | **Midwest Bank/First Merit**<br>**501 W. North Avenue Avenue**<br>**Melrose Park, IL 60160** |
| **Lincoln Square Group, LLC**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | **West Suburban Bank**<br>**711 S. Meyers Rd**<br>**Lombard, IL 60148** |
| **Lincoln Square Group, LLC**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | **Home Depot Credit Services**<br>**P.O. Box 689100**<br>**Des Moines, IA 50368-9100** |
| **Lincoln Square Group, LLC**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | **Sunbelt Rentals**<br>**2605 Beverly Drive**<br>**Aurora, IL 60502** |
| **Lincoln Square Group, LLC**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | **Hitachi Capital America Corp**<br>**21925 Network Place**<br>**Chicago, IL 60673** |
| **Stonehill Properties, LLC**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | **West Suburban Bank**<br>**711 S. Meyers Rd**<br>**Lombard, IL 60148** |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re    **Philip W Elizondo,**                                                          Case No. _____
      **Denise M Elizondo**

_____,
                        Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Washington Square Group, LLC**<br>**4531-4591 Rt. 71**<br>**Oswego, IL 60543**<br>   **This LLC is the Borrower.** | **Harris N.A.**<br>**PO BOX 94034**<br>**Palatine, IL 60094** |
| **The Washington Square Group, LLC**<br>**4531-4591 Rt. 71**<br>**Oswego, IL 60543** | **Kendall County**<br>**111 W Fox Street**<br>**Yorkville, IL 60560** |
| **The Washington Square Group, LLC**<br>**4531-4591 Rt. 71**<br>**Oswego, IL 60543** | **West Suburban Bank**<br>**2830 Route 34**<br>**Oswego, IL 60543** |
| **The Washington Square Group, LLC**<br>**4531-4591 Rt. 71**<br>**Oswego, IL 60543** | **Dependable Plumbing, Inc.**<br>**10110 Clow Creek Drive**<br>**Unit C**<br>**Plainfield, IL 60585** |
| **The Washington Square Group, LLC**<br>**4531-4591 Rt. 71**<br>**Oswego, IL 60543** | **Kurt Richter**<br>**800 E. Northwest Hwy**<br>**Suite 403**<br>**Palatine, IL 60067** |
| **The Washington Square Group, LLC**<br>**4531-4591 Rt. 71**<br>**Oswego, IL 60543** | **We 4 Custom Cleaners, LLC**<br>**PO Box 700**<br>**Oswego, IL 60543** |
| **We 4 Builders** | **Diamond Decorating**<br>**20 W 019 Colford**<br>**West Chicago, IL 60185** |
| **We 4 Custom Homes, LLC**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | **BB& T Equipment Finance**<br>**P.O. Box 580155**<br>**Charlotte, NC 28258-0155** |
| **We 4 Custom Homes, LLC**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | **ASV Capital**<br>**NW-5934**<br>**Minneapolis, MN 55485-5934** |
| **We 4 Custom Homes, LLC**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | **West Suburban Bank**<br>**711 S. Meyers Rd**<br>**Lombard, IL 60148** |
| **We 4 Custom Homes, LLC**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | **Home Depot Credit Services**<br>**P.O. Box 689100**<br>**Des Moines, IA 50368-9100** |
| **We 4 Custom Homes, LLC**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | **BP Gas Card**<br>**1001 Service Road, East**<br>**Highway 190 Suite 200**<br>**Covington, LA 70433** |

Sheet  __2__  of  __3__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Philip W Elizondo,**
    **Denise M Elizondo**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **We 4 Custom Homes, LLC**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | **Vulcan**<br>**747 E. 22nd Street**<br>**Lombard, IL 60148** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re    **Philip W Elizondo**
    **Denise M Elizondo**                       Case No.
                         Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):  **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Various Corporations** | **UnEmployed** |
| How long employed | | |
| Address of Employer | **84 Templeton Dr, Suite 101**<br>**Oswego, IL 60543** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|    b.  Insurance | $ | 0.00 | $ | 0.00 |
|    c.  Union dues | $ | 0.00 | $ | 0.00 |
|    d.  Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 3,500.00 | $ | 0.00 |
| 8. Income from real property | $ | 6,500.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify):  **Unemployment** | $ | 0.00 | $ | 1,776.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify):  **Contribution by Children to Pay Borboni Expense** | $ | 2,227.92 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 12,227.92 | $ | 1,776.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 12,227.92 | $ | 1,776.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 14,003.92 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Philip W Elizondo**
       **Denise M Elizondo**                                          Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,664.15 |
| a. Are real estate taxes included?          Yes ___          No **X** | | |
| b. Is property insurance included?          Yes ___          No **X** | | |
| 2. Utilities:       a. Electricity and heating fuel | $ | 250.00 |
| b. Water and sewer | $ | 100.00 |
| c. Telephone | $ | 100.00 |
| d. Other   **Direct TV** | $ | 79.49 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 50.00 |
| e. Other   **See Detailed Expense Attachment** | $ | 127.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **See Detailed Expense Attachment** | $ | 3,300.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 552.36 |
| b. Other   **See Detailed Expense Attachment** | $ | 5,453.94 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 392.39 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 13,069.33 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 14,003.92 |
| b.    Average monthly expenses from Line 18 above | $ | 13,069.33 |
| c.    Monthly net income (a. minus b.) | $ | 934.59 |

**B6J (Official Form 6J) (12/07)**

In re   **Philip W Elizondo**
        **Denise M Elizondo**                                                    Case No. _____
_____
                        Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Insurance Expenditures:**

| | | |
|---|---|---|
| Condo Insurance - Wells | $ | 12.00 |
| Home Insurance -- 3850 Wolf | $ | 115.00 |
| **Total Other Insurance Expenditures** | $ | **127.00** |

**Specific Tax Expenditures:**

| | | |
|---|---|---|
| Property ax - 2300 Wolf | $ | 600.00 |
| Property tax - Wells | $ | 300.00 |
| Property Tax 3850 Wolf | $ | 1,200.00 |
| Property Tax - Stonehill | $ | 1,200.00 |
| **Total Tax Expenditures** | $ | **3,300.00** |

**Other Installment Payments:**

| | | |
|---|---|---|
| BOA Mortgage - Borboni | $ | 1,835.54 |
| BOA Mortgage - Wells | $ | 964.83 |
| Condo Assessment - Wells | $ | 230.00 |
| West Suburban Bank -- 3950-2 wolf | $ | 978.44 |
| West Suburban Bank - Stonehill | $ | 1,445.13 |
| **Total Other Installment Payments** | $ | **5,453.94** |

**Other Expenditures:**

| | | |
|---|---|---|
| Comcast - Borboni | $ | 92.01 |
| Colliet County Utilities | $ | 109.80 |
| Florida Power and Light Co | $ | 55.58 |
| Pest COntrol - Borboni | $ | 100.00 |
| General Maintenance - Borboni | $ | 35.00 |
| **Total Other Expenditures** | $ | **392.39** |

## GLOBAL NOTES TO SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS OF PHILIP ELIZONDO AND DENISE ELIZONDO, CHAPTER 11 DEBTORS

Philip W. Elizondo and wife, Denise Elizondo  (the "Debtor or Debtors") submits the Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statements") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007. The Schedules and Statements prepared by the Debtor are unaudited and were prepared with data as near as possible to the petition date.  While the Debtor has exercised reasonable best efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist. Accordingly, the Debtor reserves the right to amend the Schedules and Statements from time to time as may be necessary or appropriate and expects it will do so as information becomes available.

These global notes (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.  The Debtor reserves the right to dispute, or to assert offset or defenses to, any claim reflected on the Schedules and/or Statements as to amount, liability or classification. The Debtor also reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in its Schedules and Statements.

Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated". The Debtor reserves the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on its Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated". Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors for, among other things, merchandise, goods, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor.

The Debtor reserves all of its rights with respect to any such credits and allowances.  As it would be expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests, unless otherwise noted, the carrying value on the Debtor's books (net book value), rather than the current market values, of the Debtor's interests in property and of the Debtor's liabilities, is reflected on the Debtor's Schedules and Statements.

1

The Debtor has not set forth all causes of action against all third parties as assets in its Schedules and Statements. The Debtor reserves all of its rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

In reviewing and signing the Schedules and Statements, the Debtor has necessarily used the statements and representations of one or more of their creditors, debt collectors, debt buyers, collection attorneys and other parties. The Debtor has not been able to personally verify the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses. In addition to the foregoing, the following conventions were adopted by the Debtor(s) in the preparation of the Schedules and Statements:

**Schedules of Assets and Liabilities**

Schedule B Notes

· Unless otherwise noted, Schedule B lists the estimated fair market value for each of the Debtor's assets as of the petition date. These values have been based on NADA publications, public tax values, Ebay sales data for similar items, yard sale values of similar items, and flea market values for certain items.

Schedule D Notes

· Except as otherwise agreed in accordance with a stipulation or agreed order or any other order entered by the Bankruptcy Court, the Debtor reserves the rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.

· Although the Debtor has scheduled the claims of various creditors as secured claims, the debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction, or any document or instrument, related to such creditor's claim.

· In certain instances, the Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims, and no claim schedule on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

· The descriptions provided are intended only to be a summary. Reference to the applicable credit agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing herein shall be deemed a modification or interpretation of the terms of such agreements.

Schedule E Notes

· The listing of any claim on this Schedule E does not constitute an admission by the Debtor that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtor reserves the right to take the position that any claim listed on Schedule E is not entitled to priority.

Schedule F Notes

· The Debtor expressly incorporates by reference into Schedules F all parties to pending and potential litigation listed in 4(a) of the Debtor's Statements as contingent, unliquidated and disputed claims, to the extent not already listed on Schedule F.

Schedule G Notes

· While reasonable best efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. To the extent the Debtor may become aware of additional executory contracts and unexpired leases, the Debtor will supplement this Schedule.

· The Debtor hereby reserve all rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Additionally, the placing of a contract or lease onto this Schedule shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid and enforceable contract. Any and all of the Debtor's rights, claims and causes of action with respect to the contracts and agreements listed on this Schedule are hereby reserved and preserved.

· Omission of a contract or agreement from this Schedule does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. This Schedule may be amended at any time to add any omitted contract or agreement.

· The contracts, agreements and leases listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed therein. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings, and the inclusion of such on Schedule G is not an admission that the agreement is an executory contract, financing agreement or otherwise.

*** END OF GLOBAL NOTES ***

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Philip W Elizondo**
**Denise M Elizondo**
Debtor(s)

Case No. _____

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **44**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 30, 2010**

Signature   **/s/ Philip W Elizondo**
**Philip W Elizondo**
Debtor

Date   **August 30, 2010**

Signature   **/s/ Denise M Elizondo**
**Denise M Elizondo**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Philip W Elizondo**
**Denise M Elizondo**
_____   Case No. _____
Debtor(s)   Chapter   **11** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$373,845.00** | **2008:** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$13,803.34** | **2010-Unemployed** |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

2

| AMOUNT | SOURCE |
|---|---|
| **$17,766.67** | **2009-Unemployment** |

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Discover Financial Services**<br>**P.O. Box 30395**<br>**Salt Lake City, UT 84130-0395** | **June ($250.00), July ($260.00) and August ($244.00)** | **$754.00** | **$0.00** |
| **United Milage Plus**<br>**Card Member Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | **June ($500.00) and July ($465.00)** | **$965.00** | **$0.00** |
| **Citi Cards**<br>**PO Box 6415**<br>**The Lakes, NV 88901** | **June ($475.00) and July ($468.00)** | **$943.00** | **$0.00** |
| **Target**<br>**PO Box 9475**<br>**Minneapolis, MN 55459** | **June ($260.00), July ($275) and August ($255.00)** | **$790.00** | **$0.00** |
| **Spirt Card** | **August 20 ($541), July 15 ($558.00) and June 14 ($600.00)** | **$1,699.53** | **$0.00** |
| **HSBC Card Services**<br>**P.O. Box 80084**<br>**Salinas, CA 93912-0084** | **July 1 ($308.10), June 1 ($350.00) and August 9 ($320.00)** | **$320.00** | **$0.00** |

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Washington Square Group, LLC v. Donald E. Brown, Jr.** | **unpaid rent** | | **Bankruptcy Filed** |
| **Harris Bank N.A. vs. Washington Square Group** | **Foreclosure** | **Kendall County Circuit Court** | **Pending** |
| **R & J Construction Supply Company, Inc. vs. Larsen Excavating & Underground, Inc. and Philip Elizondo** | **Suit for Money Damages** | **Kane County Circuit Court** | **Pending** |
| **West Suburban Bank vs. Lincoln Square Group, LLC Denise Elizondo Philip Elizondo et al (Kendall Co Case Number 2010 CH 978) consolidated with Steven L. English vs. Larsen Excavating et al (Kendall Co Case Number 2010 CH 876)** | **Mechanics Lien and Foreclosure** | **Circuit Court of the 16th Judicial Circuit Kendall County Illinois** | **Pending** |
| **Denise Elizondo and Philip Elizondo vs. Ballagh Homeowners Association Cook County 07 L 63051** | **Suit against Association for tortious interference with a sales contract** | **Cook County Circuit Court** | **Pending** |
| **Washington Square Group LLC and Philip and Denise Elizondo vs. Brummel Kane County 08 L 288** | **Suit for breach of lease and to enforce settlement.** | **Kane County Circuit Court** | **Pending now to enforce settlement** |
| **Bank of America vs. Denise Elizondo and Phil Elizondo 10 CH 831** | **Foreclosure for 53 Burkhart** | **Kendall County Circuit Court** | **Pending** |
| **West Suburban Bank vs. Lincoln Square Group et al Kendall County Case Number 10 CH 978** | **Foreclosure of Light Road** | **Kendall County Circuit Court** | **Pending** |
| **West Suburban Bank vs. Stonehill Properties et al Kendall County Circuit Court 10 CH 1004** | **Foreclosure of 84 Templeton, Oswego, IL** | **Kendall County Circuit Court** | **Pending** |
| **West Suburban Bank vs. Elizondo Kendall County Case** | **Foreclosure of 1820 Country Hills Drive, Yorkville, Illinois** | **Kendall County Circuit Court** | **Pending** |
| **Elizondo vs. Janda 09 LM 655 Kendall County** | **Forcible Entry and Detainer regarding 1820 County Hills Drive** | **Kendall County Circuit Court** | **Pending** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**5.   Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **West Suburban Bank**<br>**711 S. Meyers Rd**<br>**Lombard, IL 60148** | **May 2010** | **Stipulation for a consent foreclosure regarding West Suburban Bank vs. Elizondo Kendall County Case Number 2010 603** |

**6.   Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

### 9.  Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bach Law Offices**<br>**P.O. Box 1285**<br>**Northbrook, IL 60065** | **7/15/10** | **$10,000.00** |

### 10.  Other transfers

None ☐   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Various** | **Various** | **Jewerly** |

None ■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **911 Lilac, Naperville, IL** | **Phil Elizondo** | |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **We 4 Custom Homes, LLC** | 36-4357451 | **84 Templeton Street Suite 101 Oswego, IL 60543** | **General Contractor and other Projects** | **November 98 to present** |
| **Stonehill Properties, LLC** | 20-1601287 | **84 Templeton Drive Suite 101 Oak Lawn, IL 60453** | **Real Estate Ownership and Management** | **October 2005 to present** |
| **Larsen Excavating & Underground** | 20-8023350 | **84 Templeton Suite 101 Oswego, IL 60543** | **Excavating and other types of similar projects** | **January 2007 to present** |
| **The Washington Square Group, LL** | 61-1407394 | **84 Templeton Suite 101 Oswego, IL 60543** | **Ownership and Management of Real Estate** | **January 2002 to present** |
| **Lincoln Square Group LLC** | 42-1631992 | **84 Templeton Suite 101 Oswego, IL 60543** | **Real Estate Managment** | |
| **+ Plus P. Enterprises** | | **84 Templeton Suite 101 Oswego, IL 60543** | **Restraunt Managment** | **March 2009 to present** |
| **Fitness Premier Management LLC** | 20-4695419 | **13921 W. Illinois Highway New Lenox, IL 60451** | **Fitness Managment and Sales** | **February 2006** |

None ☐

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **Stonehill Properties, LLC** | **84 Templeton Drive Suite 101 Oak Lawn, IL 60453** |
| **The Washington Square Group, LL** | **84 Templeton Suite 101 Oswego, IL 60543** |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

8

### 19. Books, records and financial statements

None · a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐ · supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Denise Elizondo**<br>**84 Templeton**<br>**Oswego, IL 60543** | |
| **Nicole Elizondo**<br>**84 Templeton**<br>**Oswego, IL 60543** | |

None · b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■ · of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None · c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐ · of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Denise Elizondo** | **84 Templeton**<br>**Oswego, IL 60543** |
| **Nicole Elizondo** | **84 Templeton Suite 101**<br>**Oswego, IL 60543** |

None · d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐ · issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Harris N.A.**<br>**111 W. Monroe Street**<br>**Chicago, IL 60690** | |

### 20. Inventories

None · a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■ · and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None · b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None · a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Denise Elizondo**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | | **90%** |
| **Nicole Elizondo**<br>**84 Templeton Suite 101**<br>**Oswego, IL 60543** | | **10%** |

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Denise Elizondo**<br><br>   **Member** | **Rent for Office Space, Dividend** | **$18450.00 since January 2008** |
| **Phil Elizondo**<br><br>   **Spouse to Primary Member** | **Reimbursement of expenses and Salary** | **$39341 since January 2008** |
| **Nicole Morey**<br><br>   **Memeber** | **Dividend** | **$13367.37 since January 2008** |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August 30, 2010**                    Signature  **/s/ Philip W Elizondo**
                                                          **Philip W Elizondo**
                                                          Debtor


Date  **August 30, 2010**                    Signature  **/s/ Denise M Elizondo**
                                                          **Denise M Elizondo**
                                                          Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Philip W Elizondo**
       **Denise M Elizondo**                    Case No.

                                        Debtor(s)           Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $      **40,000.00** |
| Prior to the filing of this statement I have received | $      **10,000.00** |
| Balance Due | $      **30,000.00** |

2.   $  **1,039.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 30, 2010**            **/s/ Paul M. Bach**
                                            **Paul M. Bach 06209530**
                                            **Bach Law Offices**
                                            **P.O. Box 1285**
                                            **Northbrook, IL 60065**
                                            **(847) 564-0808  Fax: (847) 564-0985**
                                            **paul@bachoffices.com**

B 201A (Form 201A) (12/09)

**WARNING: Effective december 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### **Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### **Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Philip W Elizondo**
**Denise M Elizondo**        Case No. _____

                        Debtor(s)      Chapter   **11**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this attached notice, as required by § 342(b) of the Bankruptcy Code.

_____

Printed name and title, if any, of Bankruptcy Petition
Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

X _____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose
Social Security number is provided above.

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Philip W Elizondo**
**Denise M Elizondo**            X   **/s/ Philip W Elizondo**          **August 30, 2010**
Printed Name(s) of Debtor(s)             Signature of Debtor          Date

Case No. (if known) _____    X   **/s/ Denise M Elizondo**          **August 30, 2010**
                                              Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Philip W Elizondo**
       **Denise M Elizondo**

Debtor(s)

Case No. _____

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:            **92**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 30, 2010**          **/s/ Philip W Elizondo**
                                        **Philip W Elizondo**
                                        Signature of Debtor

Date:   **August 30, 2010**          **/s/ Denise M Elizondo**
                                          **Denise M Elizondo**
                                        Signature of Debtor

Alley Drywall
P.O. Box 966
Oswego, IL 60543


American Express
Box 0001
Los Angeles, CA 90096-0001


ASV Capital
NW-5934
Minneapolis, MN 55485-5934


Banc of America Leasing
M18-900-02-14
2600 W. Big Beaver Road
Troy, MI 48084


Bank of America
Attn: Bankruptcy NC4-105-02-99
PO Box 26012
Greensboro, NC 27410


Bank of America
475 CrossPoint Parkway
P.O. Box 9000
Getzville, NY 14068-9000


Bank of America Leasing
Lease Adminstration Center
P.O. Box 371992
Pittsburgh, PA 15250-7992


BB& T Equipment Finance
P.O. Box 580155
Charlotte, NC 28258-0155


Best Buy
Retail Services
P.O. Bozx 15521
Wilmington, DE 19850-5521


Boughton Trucking & Material
11746 S. Naperville-Plainfield Road
Plainfield, IL 60585

BP Gas Card
1001 Service Road, East
Highway 190 Suite 200
Covington, LA 70433


Bruce Dopke
P.O. Box 681246
Schaumburg, IL 60168-1246


Byran K. Clark
100 N. Riverside Plaza, Suite 2100
Chicago, IL 60606


Castle Orthopaedics
111 Ogden Ave
Aurora, IL 60504


Caterpillar Financial Services
2120 West End Avenue
Nashville, TN 37203


Caterpillar Financial Services
P.O. Box 730669
Dallas, TX 75373-0669


Center Capital Corporation
P.O. Box 330
Hartford, CT 06141-0330


Chapman & Cutler, LLP
111 West Monroe Street
Chicago, IL 60603


Chase
P.O. Box 15153
Wilmington, DE 19886-5153


Chase
201 N Walnut Street
Mailstop DE1-1027
Wilmington, DE 19801

ChexSystems
Attn Consumer Relations
7805 Hudson Road Suite 100
Saint Paul, MN 55125


Chuhak & Tecson, P.C.
30 S. Wacker Dr
26th Floor
Chicago, IL 60606-7413


Citi Advantage World Mastercard
P.O. Box 688917
Des Moines, IA 50368-8917


Cohen & Krol
105 West Madison Street Suite 1100
Chicago, IL 60602


Craftsman Carpet and Tile
12101 W. 159th Street
Homer Glen, IL 60491


D. Patrick Mularkey
Room 7894, JCB Building
555 4th Street N.W.
Washington, DC 20001


Dependable Plumbing, Inc.
10110 Clow Creek Drive
Unit C
Plainfield, IL 60585


Diamond Decorating
20 W 019 Colford
West Chicago, IL 60185


Direct Merchants Bank
Attn: Bankruptcy Department
PO Box 5246
Carol Stream, IL 60197


Discover Financial Services
Attention: Bankruptcy Department
PO Box 3025
New Albany, OH 43054

Equifax Information Services
P.O. Box 740256
Atlanta, GA 30374


Experian
P.O. Box 2002
Allen, TX 75013


First Place Rental
4975 Route 71
Lyons, IL 60534


G. Alexander McTavish
105 E. Galena Blvd. 8th Floor
Aurora, IL 60505


Giagnorio & Robertelli, Ltd.
130 S. Bloomingdale Road
P.O. Box 726
Bloomingdale, IL 60108-0726


GMAC
P.O. Box 9001948
Louisville, KY 40290-1948


GMAC
PO Box 130424
Roseville, MN 55113


GMAC Automotive Bank
2000 Town Center, Suite 2200
Southfield, MI 48075


Grainco FS
3107 N. Route 23
Ottawa, IL 61350


Harris N.A.
PO BOX 94034
Palatine, IL 60094


Harris N.A.
PO Box 5043
Rolling Meadows, IL 60008

Harris N.A.
111 W. Monroe Street
Chicago, IL 60690


Harris NA
3800 Golf Road
Suite 300
Rolling Meadows, IL 60008


Hitachi Capital America Corp
21925 Network Place
Chicago, IL 60673


Home Depot
P.O. Box 6029
The Lakes, NV 88901


Home Depot Credit Services
P.O. Box 689100
Des Moines, IA 50368-9100


Homes Depot
P.O. Box 6029
The Lakes, NV 88901


Iberia Bank/Pulaski Bank
P.O. Box 7299
Little Rock, AR 72217


Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60606


Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph Street
Chicago, IL 60606


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


Isaac Landscaping
PO Box 1152
Yorkville, IL 60560


Jeff and Karen Rittgarn
59 Burkhart
Oswego, IL 60543


Jet Windows & Doors
713 W. Devon
Park Ridge, IL 60068


Justin H. Volmert
Johnson & Bell, Ltd
33 W. Monroe Suite 2700
Chicago, IL 60603


K Hoving Recycling & Disposal, Inc.
2351 Powis Rd
West Chicago, IL 60185


Kendall County
111 W Fox Street
Yorkville, IL 60560


Kohl's
N56 W17000
Menomonee Falls, WI 53051


Komatsu Finacial Lim Partnership
One Continental Towers
Rolling Meadows, IL 60008


Komatsu Financial
P.O. Box 99303
Chicago, IL 60693-9303

Kurt Richter
800 E. Northwest Hwy
Suite 403
Palatine, IL 60067


Larsen Excavating & Underground,Inc
84 Templeton
Suite 101
Oswego, IL 60543


Larsen Excavating &Underground,Inc
84 Templeton Drive
Suite 101
Oswego, IL 60543


Larson Excavating & Underground,Inc
84 Templeton Drive Suite 101
Oswego, IL 60543-7013


Larson Excavating & Underground,Inc
84 Templeton Drive
Suite 101
Oswego, IL 60543-7013


Lincoln Square Group, LLC
84 Templeton Suite 101
Oswego, IL 60543


Midwest Bank/First Merit
501 W. North Avenue Avenue
Melrose Park, IL 60160


Morton & Germany
45 North Third Street
Suite 201
Memphis, TN 38103


Ozinga Concrete/Ready Mix
P.O. Box 910
Frankfort, IL 60423


Patrick Walsh
15 Spinning Wheel Road
Suite 417
Hinsdale, IL 60521

R & J Construction Supply
1567 Frontenac Road
Naperville, IL 60563


Ridgestone Bank
10 N. Martingdale Road
Schaumburg, IL 60173


Rush-Copley Medical Center
2000 Ogden Avenue
Aurora, IL 60504


Security Builders
10 Stonehill Road
P.O. Box 0910
Oswego, IL 60543


Slate from Chase
Cardmember Services
P.O. Box 15153
Wilmington, DE 19886-5153


Spirit Airlines - Mastercard
PO Box 13337
Philadelphia, PA 19101-3337


State of Arkansas
P.O. Box 8092
Little Rock, AR 72203-8092


Stonehill Properties, LLC
84 Templeton Suite 101
Oswego, IL 60543


Sunbelt Rentals
2605 Beverly Drive
Aurora, IL 60502


Target National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317


The Washington Square Group, LLC
4531-4591 Rt. 71
Oswego, IL 60543

TransUnion
P.O. Box 2000
Crum Lynne, PA 19022


United Milage Plus
Card Member Services
P.O. Box 15153
Wilmington, DE 19886-5153


United States Attorney
219 S. Dearborn Street
Chicago, IL 60604


Vulcan
747 E. 22nd Street
Lombard, IL 60148


We 4 Builders


We 4 Custom Cleaners, LLC
PO Box 700
Oswego, IL 60543


We 4 Custom Homes, LLC
84 Templeton Suite 101
Oswego, IL 60543


West Suburban Bank
2830 Route 34
Oswego, IL 60543


West Suburban Bank
711 S. Meyers Rd
Lombard, IL 60148

**Disclosure Pursuant to 11 U.S.C. §527(a)(2)**

You are notified:

1.  All information that you are required to provide with a petition and thereafter during a case under the Bankruptcy Code is required to be complete, accurate, and truthful.

2.  All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case. Some places in the Bankruptcy Code require that you list the replacement value of each asset. This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale or marketing, established after a reasonable inquiry. For property acquired for personal, family, or household use, replacement value means the price a retail merchant would charge for property of that kind, considering the age and condition of the property.

3.  The following information, which appears on Official Form 22, Statement of Current Monthly Income, is required to be stated after reasonable inquiry: current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code, disposable income (determined in accordance with section 707(b)(2)).

4.  Information that you provide during your case may be audited pursuant to provisions of the Bankruptcy Code. Failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanctions.


Date  **August 30, 2010**                    Signature   **/s/ Philip W Elizondo**
                                                          **Philip W Elizondo**
                                                          Debtor


Date  **August 30, 2010**                    Signature   **/s/ Denise M Elizondo**
                                                          **Denise M Elizondo**
                                                          Joint Debtor

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need. Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

Date  **August 30, 2010**            Signature  **/s/ Philip W Elizondo**
                                                **Philip W Elizondo**
                                                Debtor

Date  **August 30, 2010**            Signature  **/s/ Denise M Elizondo**
                                                **Denise M Elizondo**
                                                Joint Debtor